# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

### Petition and Order for Summons for Person Under Supervision

Name of Person: **Michael Wilkinson**                    Docket Number:    **1:21CR00008-001-DBB**

Name of Sentencing Judicial Officer:          **Honorable David Barlow**
**U.S. District Judge**

Date of Original Sentence:          **March 9, 2023**
Original Offense: **Use of Interstate Facility to Transmit Information about a Minor**
Original Sentence: **58 Months of Incarceration/ 120 Months Supervised Release**

Type of Supervision: **Supervised Release**              Supervision Began: **August 2, 2024**

Location of Defendant's Supervision  ☒ Northern/Central Division          ☐ Southern Region

### PETITIONING THE COURT

☒    To issue a summons          ███████████ , Layton, Utah ████

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about August 21, 2025, the person under supervision failed to cooperate with the U.S. Probation and Pretrial Services Computer and Internet Monitoring Program by possessing an unapproved laptop.

**Allegation No. 2:** On or about August 2025, the person under supervision used and/or possessed alcohol.

**Allegation No. 3:** On or about August 2025 the person under supervision failed to answer truthfully a question posed by his/her probation officer by denying any alcohol consumption. When speaking to the defendant's therapist at Davis Behavior Health, she stated the defendant admitted to alcohol consumption.

**Allegation. No 4:** On or about November 2025, the person under supervision failed to cooperate with the U.S. Probation and Pretrial Services Computer and Internet Monitoring Program by possessing an unapproved laptop.

**Allegation No. 5:** On or about November 2025, the person under supervision failed to answer truthfully a question posed by his/her probation officer by failing to notify probation he possessed an additional laptop after being asked about any devices outside of those approved.

Evidence in support of these allegations is included in U.S. Probation records, treatment records and communication, and direct supervision efforts therein.

I declare under penalty of perjury that the foregoing is true and correct.

by Sara Longlee
U.S. Probation Officer
November 14, 2025

## THE COURT ORDERS:

☒ The issuance of a summons
   For appearance in:  ☒ Salt Lake City   ☐ St. George
☐ The issuance of a warrant and tolling of the supervision time
   For appearance in:  ☐ Salt Lake City   ☐ St. George
☐ Expedited hearing set for: _____ at _____ before
   U.S. Magistrate Judge _____
☐ No action
☐ Other

David Barlow
United States District Judge

Date: November 14, 2025