12C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

**Request and Order to Amend Previous Petition and Issue a Warrant**

Name of Person: **Michael Wilkinson**                    Docket Number:   **1:21CR00008-001 DBB**

Name of Sentencing Judicial Officer:          **Honorable David Barlow**
                                              **U.S. District Judge**

Date of Original Sentence: **March 9, 2023**
Original Offense: **Use of Interstate Facility to Transmit Information about a Minor**
Original Sentence: **58 Months of Incarceration/ 120 Months Supervised Release**

Type of Supervision: **Supervised Release**                    Supervision Began: **August 2, 2024**

Location of Defendant's Supervision   ☒ Northern/Central Division      ☐ Southern Region

**PETITIONING THE COURT**

☒   To amend the petition signed on November 14, 2025, and to issue a warrant as follows:

**CAUSE**

*Allegations on November 14, 2025:*

**Allegation No. 1:** On or about August 21, 2025, the person under supervision failed to cooperate with the U.S. Probation and Pretrial Services Computer and Internet Monitoring Program by possessing an unapproved laptop.

**Allegation No. 2:** On or about August 2025, the person under supervision used and/or possessed alcohol.

**Allegation No. 3:** On or about August 2025 the person under supervision failed to answer truthfully a question posed by his/her probation officer by denying any alcohol consumption. When speaking to the defendant's therapist at Davis Behavior Health, she stated the defendant admitted to alcohol consumption.

**Allegation. No 4:** On or about November 2025, the person under supervision failed to cooperate with the U.S. Probation and Pretrial Services Computer and Internet Monitoring Program by possessing an unapproved laptop.

**Allegation No. 5:** On or about November 2025, the person under supervision failed to answer truthfully a question posed by his/her probation officer by failing to notify probation he possessed an additional laptop after being asked about any devices outside of those approved.

Evidence in support of these allegations is included in U.S. Probation records, treatment records and communication, and direct supervision efforts therein.

PROB 12C
D/UT 03/19

Michael Wilkinson
1:21CR00008-001

*Additional allegations:*

**Allegation No. 6:** On or about October 24, 2025, until November 10, 2025, the person under supervision viewed, accessed, or possessed sexually explicit material.

Evidence in support of this allegation is included in U.S. Probation records following a forensic search of the defendant's unapproved device.

I declare under penalty of perjury that the foregoing is true and correct.

by Sara Longlee
U.S. Probation Officer
December 15, 2025

**THE COURT ORDERS:**

☒ That the original petition be amended to include all allegations outlined, and to issue a warrant
☐ Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____
☐ No action
☐ Other

David Barlow
United States District Judge

Date: December 16, 2025